ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ANTHONY J. LEWIS (CSB No. 231825)
Assistant United States Attorney
National Security Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-1786
     Facsimile: (213) 894-6436
     E-mail:   anthony.lewis@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) CR No. 10-469-GAF |
|---|---|
| Plaintiff, | ) <u>ORDER REVOKING</u> |
| | ) <u>CITIZENSHIP</u> |
| v. | ) |
| ABDELNASSER MUSA ABDALLAH, | ) |
|     aka Abdelnasser Abdallah, | ) |
| Defendant. | ) |

     The defendant, Abdelnasser Musa Abdallah ("defendant"), having been convicted of committing fraud to obtain naturalization as a citizen of the United States, in violation of 18 U.S.C. § 1425, and whereas Title 8, United States Code, Section 1451(e) mandates that in the event of such a conviction the related naturalization shall be revoked;

1    IT IS HEREBY ORDERED THAT judgment is entered revoking
2 and setting aside the naturalization of defendant ordered by the
3 Attorney General of the United States, admitting defendant to
4 United States citizenship, and canceling Certificate of
5 Naturalization No. 29164912 in defendant's name;

6    IT IS FURTHER ORDERED THAT defendant, from the date of the
7 order, is forever restrained and enjoined from claiming any
8 rights, privileges, or advantages under any document which
9 evidences United States citizenship obtained as a result of
10 defendant's naturalization on November 16, 2006;

11    IT IS FURTHER ORDERED THAT defendant surrender and deliver
12 his Certificate of Naturalization, and any copies thereof in his
13 possession (and to make good faith efforts to recover and then
14 surrender any copies thereof that he knows are in possession of
15 others), to the Attorney General immediately, which may be done
16 through surrender the Office of the United States Attorney for
17 the Central District of California; and return any other indicia
18 of United States citizenship, and any copies thereof in his
19 possession (and to make good faith efforts to recover and then
20 surrender any copies thereof that he knows are in possession of
21 others), including, but not limited to, United States passports,
22 voter registration cards, and other voting documents.

23 Date:    April 22, 2011

                                    /s/ Gary Feess
                                    _____
                                    UNITED STATES DISTRICT JUDGE

25 Presented by:

27 _____
   ANTHONY J. LEWIS
28 Assistant United States Attorney
   National Security Section

2